IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CASE NO:  3:11-CR-084-L |
| | § | |
| KELVIN LEON MORRISON (03) | § | |

**ORDER ACCEPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE
CONCERNING PLEA OF GUILTY**

After reviewing all relevant matters of record, including the Notice Regarding Entry of a Plea of Guilty, the Consent of Defendant, and the Report and Recommendation Concerning Plea of Guilty of the United States Magistrate Judge ("Report"), and no objections thereto having been filed within ten days of service in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge determines that the Report of the Magistrate Judge concerning the Plea of Guilty should be accepted. Based upon the Report of the Magistrate Judge, the court finds that Defendant is fully competent and capable of entering an informed plea, that he is aware of the nature of the charge and the consequences of the plea, and that his plea of guilty is a knowing and voluntary plea, supported by an independent basis in fact, containing each of the essential elements of the offense.  Accordingly, the court **accepts** the plea of guilty entered by Defendant Kelvin Leon Morrison on November 1, 2011, and he is hereby adjudged **guilty** of the offenses charged in Counts 11 and 20 of the Superseding Indictment, which are violations of 18 U.S.C. § 924(a)(1)(a), namely, Making a False Statement or Representation with Respect to Information Required to be Kept in Records of a Licensed Firearms Dealer; and 18 U.S.C. § 317, namely, Conspiracy to Make a False Statement or

Order Accepting Report – Page 1

Representation with Respect to Information Required to be Kept in Records of a Licensed Firearms Dealer.  Sentence will be imposed in accordance with the court's scheduling order.

**It is so ordered** this 17th day of November, 2011.


Sam A. Lindsay
United States District Judge